

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Brian Lee Friederich-Tibbets<br><br>Defendant. | ORDER TO REDUCE TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT<br>(18 U.S.C. 3583(3)(1)<br><br>Docket Number: 2:17CR00165-01 KJM |

On May 25, 2017, the defendant was accepted as a participant in the Reentry Court Program. As of May 22, 2018, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to the defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of September 15, 2018.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on September 16, 2016, in the Western District of Washington, is hereby reduced by one year for the defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_5/22/18_
Date

The Honorable Allison Claire
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of September 15, 2018.

_5/22/18_
Date

Kimberly J. Mueller
U.S. District Judge

cc: Defendant
    Assistant United States Attorney: to be assigned
    Defense Counsel: to be assigned
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office

Rev. 02/2015
REENTRY COURT_ORDER_TERM REDUCTION .DOTX